*Approved on October 25, 2010.*

*S/William T. Lawrence, Judge*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| KAY GOODMAN, ) | |
| KEVIN GOODMAN, ) | |
|     PLAINTIFFS, ) | |
| VS. ) | |
| ) | |
| RIEXINGER & ASSOCIATES, LLC ) | CASE NO. 2:10-CV-00217 |
|     DEFENDANT.) | |

**VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

Come now Plaintiffs, by Counsel, Michael P. McIlree, and voluntarily dismiss the above cause with prejudice.

Dated: 10-22-10          /s/ Michael P. McIlree

Distribution:
Michael P. McIlree
Atty. No. 19847-45
821 E. Lincolnway, Ste. 1
Valparaiso, IN 46383
(219) 548-1800
mcilree1@aol.com